2010R00345/LSH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :  Hon. SDW
                                  :
        v.                        :  Criminal No. 10-304
                                  :
WILFREDO AQUINO                   :  8 U.S.C. §§ 1326(a) & (b)(2)
   a/k/a "William Perez"          :


I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

1.  On or about March 1, 2006, defendant WILFREDO AQUINO, a/k/a "William Perez," an alien, was deported and removed and had departed the United States while an order of deportation and removal was outstanding.

2.  The deportation and removal of defendant WILFREDO AQUINO, a/k/a "William Perez," described in paragraph 1, was subsequent to on or about February 2, 1998, the date of his conviction for an aggravated felony.

3.  The Attorney General did not expressly consent to defendant WILFREDO AQUINO, a/k/a "William Perez," reapplying for admission prior to his reembarkation at a place outside the United States.

4.   On or about November 13, 2009, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

WILFREDO AQUINO, a/k/a "William Perez,"

being an alien and in the circumstances set forth in paragraphs 1, 2, and 3 above, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

PAUL J. FISHMAN
United States Attorney

Case 2:10-cr-00304-SDW    Document 1    Filed 04/30/10    Page 3 of 3 PageID: 3

CASE NUMBER: 2010R00345

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

**WILFREDO AQUINO**
a/k/a "William Perez"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) and (b)(2)

A True Bill,

Foreperson

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

LAKSHMI SRINIVASAN HERMAN
*ASSISTANT U.S. ATTORNEY*
*973-645-3985*